IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EMANUEL HART                                                    PETITIONER
ADC #111502

V.                              NO. 5:02CV00279 JWC

LARRY NORRIS, Director,                                          RESPONDENT
Arkansas Department of Correction

JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date,

judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas

corpus in its entirety, with prejudice

IT IS SO ORDERED this 31st day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE